UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

IN RE:
JIM BOUSHLEY

CASE NO. 04 B 39647

CHAPTER 13

JUDGE: A BENJAMIN GOLDGAR

Debtor
SSN XXX-XX-2586

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 2 2 2005
KENNETH S. GARDNER, CLERK
PS REP - DDS

## TRUSTEE'S FINAL REPORT AND ACCOUNT

The case was filed on 10/25/2004 and was not confirmed.

The case was transferred to Glenn Stearns, Trustee on 11/24/2004.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 6960.50 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1082.86 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 737.56 | .00 | .00 |
| FINANICAL RECOVERY SERVI | NOTICE ONLY | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 875.97 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | NOTICE ONLY | NOT FILED | .00 | .00 |
| SIMM ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| | | .00 |
| TOTALS | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 39647  JIM BOUSHLEY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/22/05

TOM VAUGHN
CHAPTER 13 TRUSTEE